IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN G. DUNMORE, et al.,

       Plaintiffs,                       CIV. NO. S-11-2867 MCE GGH PS

    vs.

JEREMY A. DUNMORE, et al.,

       Defendants.                 ORDER

_____/

        Defendant Dunmore's motion to dismiss and to strike presently is calendared for hearing on January 19, 2012. The notice of removal has attached only five pages of a first amended complaint alleged to be 66 or 84 pages long. (Mot. at 3.) The court cannot determine if a hearing is necessary without reviewing the entirety of the first amended complaint.

        Accordingly, IT IS ORDERED that: Defendant Dunsmore shall file a copy of the complete first amended complaint **forthwith**. Upon review of this pleading the court will determine whether the January 19, 2012 hearing is necessary.

DATED: January 10, 2012

                                           /s/ Gregory G. Hollows
                                   UNITED STATES MAGISTRATE JUDGE

GGH:076:Dunmore2867.fac.wpd

1