IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN G. DUNMORE, et al.,

    Plaintiffs,                                CIV. NO. S-11-2867 MCE GGH PS

    vs.

JEREMY A. DUNMORE, et al.,

    Defendants.                              ORDER

/

        Plaintiff's motion to strike defendant Sidney B. Dunmore's answer and dismiss counterclaim presently is calendared for hearing on October 4, 2012.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion.  See E.D. Cal. L.R. 230(g).

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The October 4, 2012 hearing on the motion to strike and dismiss, filed August 29, 2012, is vacated; and

2. The motion is submitted on the record.

DATED: September 24, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076:Dunmore 2867.vac3.wpd