IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN G. DUNMORE,

     Plaintiff,                         No. 2:11-cv-2867 MCE AC PS

     vs.

JEREMY A. DUNMORE, *et al.*,

     Defendants.                     ORDER

          The court is in receipt of the parties' November 28, 2012 joint status report and defendant Sidney B. Dunmore's November 29, 2012 joinder to the status report. These reports indicate that the parties may be willing to participate in a settlement conference. See ECF No. 96 at 11. In order for the court to schedule a settlement conference in this case, the parties shall file a written stipulation to participate in a proposed settlement conference in accordance with Local Rule 270. The stipulation should include three to five potential conference dates from which the court can select. The stipulation should also specify whether the parties consent to the undersigned serving as both the settlement judge and the magistrate judge in this case, or, alternatively, whether the parties prefer a magistrate judge other than the undersigned to conduct the settlement conference. Should the parties wish for the undersigned to conduct a settlement

1

1  conference, they shall file appropriate written waivers of disqualification in accordance with
2  Local Rule 270(b).
3        Accordingly, IT IS HEREBY ORDERED that the parties are granted until April
4  2, 2013 to file a statement in accordance with Local Rule 270.  If the parties do not file a
5  stipulation by that date, the court will set a scheduling conference in this case.
6  DATED: March 7, 2013.

                                      ALLISON CLAIRE
                                      UNITED STATES MAGISTRATE JUDGE

/mb;dunm2867.sett conf

2