IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN G. DUNMORE,

      Plaintiff,                       No. 2:11- cv-02867 MCE AC

      v.

JEREMY A. DUNMORE, et al.,

      Defendants.              <u>ORDER</u>

                               /

      Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

      On March 7, 2013, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen (14) days.  (ECF No. 109.)  No objections to the findings and recommendations have been filed.

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

           1.      The Findings and Recommendations (ECF No. 109) filed March 7, 2013,

are ADOPTED IN FULL;

2. Plaintiff's August 29, 2012, Motion to Dismiss and/or Strike (ECF No. 67) is GRANTED IN PART and DENIED IN PART. Plaintiff's motion to strike is DENIED as to Sidney B.'s denials for lack of personal knowledge. The motion is GRANTED in all other respects; and

3. Defendants are granted leave to amend their counterclaims.

Date: April 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE