1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

STEVEN G. DUNMORE,

12

       Plaintiff,                     No. 2:11- cv-02867 MCE AC

13

       v.

14

JEREMY A. DUNMORE, et al.,

15

       Defendants.             ORDER

16

_____/

17

      Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a

18

United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

19

      On March 7, 2013, the Magistrate Judge filed findings and recommendations herein

20

which were served on the parties and which contained notice to the parties that any objections to

21

the findings and recommendations were to be filed within fourteen (14) days.   (ECF No. 109.)

22

No objections to the findings and recommendations have been filed.

23

      The Court has reviewed the file and finds the findings and recommendations to be

24

supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY

25

ORDERED that:

26

            1.      The Findings and Recommendations (ECF No. 109) filed March 7, 2013,

1    are ADOPTED IN FULL;

2    2.    Plaintiff's August 29, 2012, Motion to Dismiss and/or Strike (ECF No.

3    67) is GRANTED IN PART and DENIED IN PART.  Plaintiff's motion

4    to strike is DENIED as to Sidney B.'s denials for lack of personal

5    knowledge.  The motion is GRANTED in all other respects; and

6    3.    Defendants are granted leave to amend their counterclaims.

7

8    Date:  April 12, 2013

9    _____

     MORRISON C. ENGLAND, JR., CHIEF JUDGE
10   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2