UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DUNMORE,<br><br>        Plaintiff,<br><br>    v.<br><br>SIDNEY D. DUNMORE, et al.,<br><br>        Defendants. | No.  2:11-cv-2867 MCE AC PS<br><br><br>ORDER |

      Plaintiff is proceeding in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

      On August 2, 2013, Defendant Jeremy Dunsmore filed a Motion for Judgment on the Pleadings.  ECF No. 138.  Thereafter, Defendant Sidney B. Dunmore joined in the motion, ECF No. 140, as did Defendants Chady Dunmore, Claude Parcon, Kelly Houghton, Mary Nielson, Shelli Donald, and Lynda Tremain, ECF No. 141, and Acquisition Phoenix-Miami LP, Acquisition Venice LP, Acquisition West Hatcher LP, Amberwood Investments LLC, Kathleen L. Dunmore, and Maximillion Capital LLC, ECF No. 142.

      On October 9, 2013, the magistrate judge filed Findings and Recommendations herein, ECF No. 156, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 159.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 9, 2013, are ADOPTED IN FULL;
2. Jeremy A. Dunmore's August 2, 2013, Motion for Judgment on the Pleadings, ECF No. 138, is GRANTED IN PART;
3. Plaintiff's RICO claims are DISMISSED WITHOUT LEAVE TO AMEND;
4. The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims;
5. This matter is REMANDED to the Placer County Superior Court for lack of subject matter jurisdiction; and
6. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

**Dated: February 4, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT